NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Manny Starr (319778)
manny@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

ATTORNEY(S) FOR:  KEISHA CORONA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEISHA CORONA | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| MERCEDES-BENZ USA, LLC; and DOES 1 through 10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ KEISHA CORONA _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| KEISHA CORONA | PLAINTIFF |

5/3/2022
_____          /s/ Manny Starr
Date                                               Signature

Attorney of record for (or name of party appearing in pro per):

Manny Starr