| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Squire Patton Boggs (US) LLP<br>Troy M. Yoshino (State Bar # 197850)<br>Eric J. Knapp (State Bar # 214352)<br>475 Sansome Street, 16th Floor<br>San Francisco, California 94111<br>Telephone: +1 415 954 0200<br><br>ATTORNEY(S) FOR: Defendant Mercedes-Benz USA, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA CORONA, individually, and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>MERCEDES-BENZ USA, LLC; and DOES 1 through 10, inclusive,<br>Defendant(s) | CASE NUMBER:<br>2:22-cv-02962-DSF-SK<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____Defendant Mercedes-Benz USA, LLC____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Mercedes-Benz USA, LLC | The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Mercedes-Benz USA, LLC informs the Court that its parent company is Mercedes-Benz North America Corporation ("MBNAC").  MBNAC is a subsidiary of Mercedes-Benz Capital Nederland B.V., a Dutch Company, whose parent company is Mercedes-Benz Group AG, a publicly held German Aktiengesellschaft. |

| | |
|---|---|
| 12 July 2022<br>Date | s/ Troy M. Yoshino<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Mercedes-Benz USA, LLC