1  Manny Starr (319778)
2  manny@frontierlawcenter.com
   FRONTIER LAW CENTER
3  23901 Calabasas Road, #2074
   Calabasas, CA 91302
4  Telephone: (818) 914-3433
   Facsimile: (818) 914-3433
5

6  Robert L. Starr (183052)
7  robert@starrlaw.com
   Adam M. Rose (210880)
8  adam@starrlaw.com
   Theodore R. Tang, Esq. (313294)
9  theodore@starrlaw.com
10 THE LAW OFFICE OF ROBERT L. STARR, APC
   23901 Calabasas Road, STE #2072
11 Calabasas, CA 91302
   Telephone: (818) 225-9040
12 Facsimile: (818) 225-9042

13
   Attorneys for Plaintiff
14 Keisha Corona

15 (*Additional counsel on next page*)

16

17                 **UNITED STATES DISTRICT COURT**

18                 **CENTRAL DISTRICT OF CALIFORNIA**

19

20  KEISHA CORONA, on behalf of      Case No. 2:22-cv-02962-DSF-SK
    herself and others similarly situated,
21                                    **ORDER AND JUDGMENT OF**
22         Plaintiff,                 **DISMISSAL**

23         vs.

24
    MERCEDES-BENZ USA, LLC, and
25  DOES 1 through 10, inclusive

26
           Defendant.
27

28

---

1
**ORDER AND JUDGMENT OF DISMISSAL**

1 | Based on the parties' stipulation, the entire case is dismissed with prejudice.
2 | Each party will bear their own fees and costs.
3 |    IT IS SO ORDERED.
4 | DATED: October 26, 2022

                         *Dale S. Fischer*
                         Honorable Dale S. Fischer
                         UNITED STATES DISTRICT JUDGE